**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

STEIN MART, INC., *et al.,*                                    Chapter 11
                                                              Case No. 20-02387 (JAF)
                                                              Joint Administration Requested

        Debtors.

_____/

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE that the undersigned appears as counsel of record for **Vestar Best in the West Property, LLC;  Vestar RW Tempe Marketplace LLC;  Westgate Village Retail, LLC**, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, requests that copies of all papers filed in this case be delivered to and served upon the undersigned at the following address:

David M. Blau, Esq.
c/o Clark Hill, PLC
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI  48009
Telephone: (248) 988-1817
Fax: (248) 988-2336
Email:  dblau@clarkhill.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

09999\09999-030006\260518901.v1

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the: (i) right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

CLARK HILL, PLC

By:     /s/ David M. Blau
        David M. Blau (P52542)
        151 S. Old Woodward Ave., Ste. 200
        Birmingham, MI  48009
        (248) 988-1817
        (248) 988-2336 Fax
        dblau@clarkhill.com
        *Counsel for Vestar Best in the West*
        *Property, LLC;  Vestar RW Tempe*
        *Marketplace LLC;  Westgate Village*

Date:  August 13, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2020, a true and correct copy of the foregoing Notice of Appearance and Request for Notices was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

By:/s/ David M. Blau
        David M. Blau