UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| STEIN MART, INC.,[1] | Case No. 3:20-bk-2387 |
| | Jointly Administered with |
| STEIN MART BUYING CORP. | Case No. 3:20-bk-2388 |
| STEIN MART HOLDING CORP. | Case No. 3:20-bk-2389 |
| Debtors. | |
| _____/ | |

**AMENDED[2]
MOTION FOR ADMISSION OF MICHAEL T. DRISCOLL TO PRACTICE
PRO HAC VICE, DESIGNATION OF LOCAL COUNSEL, AND CONSENT TO ACT**

Michael T. Driscoll, of Sheppard Mullin ("**Movant**"), pursuant to Local Rule 2090-1, moves this Court for admission pro hac vice, to appear in this, and any related adversary proceedings, as counsel for Retail Ecommerce Ventures LLC and Stein Mart Online, Inc. (an SPV), and states as follows:

1. Movant is an attorney licensed to practice law and is a member of good standing of the state bar in the State of New York and Illinois, the U.S. District Court for the Southern District of New York; U.S. District Court for the Eastern District of New York; and U.S. District Court for the Northern District of Illinois, and the U.S. Court of Appeals for the Second Circuit.

---

[1] The tax identification numbers of the Debtors are as follows: Stein Mart, Inc. 6198; Stein Mart Buying Corp. 1114; and Stein Mart Holding Corp. 0492. The address of the principal offices of the Debtors is: 1200 Riverplace Blvd., Jacksonville, FL 32207.

[2] This motion is being amended to comply with the Court's Order Denying Motion to Appear Pro Hac Vice (Doc. No. 739) adding the filer's attestation.

2. Movant designates Scott A. Underwood, a resident Florida attorney, of the law firm of Underwood Murray, P.A., who is qualified to practice in this Court and who consents to designation as local counsel.

3. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of New York, Illinois or any other state, nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

4. Movant certifies that he has not previously moved for admission *pro hac vice* to appear in a proceeding in the United States District Court for the Middle District of Florida, except as follows: None.

5. Movant certifies further that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the Middle District of Florida District Court and the Jacksonville Division of the United States District Court.

6. Within fourteen days from the date of an order granting this motion, Movant shall pay to the Clerk of the United States District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00 accompanied by a copy of the Court's order. Upon payment of the fee, Movant shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court.

WHEREFORE, Movant respectfully requests entry of an order authorizing his admission to practice and represent Retail Ecommerce Ventures LLC and Stein Mart Online, Inc. (an SPV) in this case and any related proceedings.

Dated: November 20, 2020.

                                             */s/ Michael T. Driscoll*
                                             Michael T. Driscoll

        New York Bar No. 5166715
        Sheppard Mullin
        30 Rockefeller Plaza
        New York, NY 10112
        Tel: (212) 634-3055
        Fax: (212) 655-1724
        Email: mdriscoll@shepardmullin.com

*Attorney for Retail Ecommerce Ventures LLC and Stein Mart Online, Inc. (an SPV)*

## WRITTEN DESIGNATION AND CONSENT TO ACT AS LOCAL COUNSEL

I, Scott A. Underwood, an attorney qualified to practice in this Court, consent to designation as the local attorney for Michael T. Driscoll of Sheppard Mullin, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

Dated: November 20, 2020.

        Respectfully submitted,

        */s/ Scott A. Underwood*
        Scott A. Underwood
        Florida Bar No. 0730041
        Megan W. Murray
        Florida Bar. No. 0093922
        UNDERWOOD MURRAY, P.A.
        Regions Buildings
        100 N. Tampa St., Suite 2325
        Tampa, FL  33602
        Tel: (813) 540-8402
        Fax: (813) 553-5345
        Email: sunderwood@underwoodmurray.com
              mmurray@underwoodmurray.com

*Local Counsel for Retail Ecommerce Ventures LLC and Stein Mart Online, Inc. (an SPV)*

## **FILER'S ATTESTATION**

Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Scott A. Underwood attests that concurrence in the filing of this paper has been obtained.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court and has been furnished electronically to all those parties registered to receive service via CM/ECF this 20th day of November, 2020.

                                            */s/ Scott A. Underwood*
                                            Scott A. Underwood
                                            Florida Bar No. 0730041