# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION
## www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| STEIN MART, INC.,[1] | Case No. 3:20-bk-2387 |
| | Jointly Administered with |
| STEIN MART BUYING CORP. | Case No. 3:20-bk-2388 |
| STEIN MART HOLDING CORP. | Case No. 3:20-bk-2389 |
| Debtors. _____/ | |

## NOTICE OF FILING NOTICE OF COMPLIANCE

PLEASE TAKE NOTICE that Retail Ecommerce Ventures LLC ("**Retail Ecommerce**") and Stein Mart Online, Inc. (an SPV) ("**Stein Mart Online**"), through undersigned counsel, hereby give notice of filing the attached Notice of Compliance with Order Granting Motion to Appear Pro Hac Vice and Directing Payment to the United States District Court, attached hereto as **Exhibit** "**A**."

Dated: December 3, 2020.

Respectfully submitted,

/s/ Scott A. Underwood
Scott A. Underwood
Florida Bar No. 0730041
Megan W. Murray
Florida Bar. No. 0093922
UNDERWOOD MURRAY, P.A.
Regions Buildings
100 N. Tampa St., Suite 2325
Tampa, FL 33602
Tel: (813) 540-8402
Fax: (813) 553-5345

---

[1] The tax identification numbers of the Debtors are as follows: Stein Mart, Inc. 6198; Stein Mart Buying Corp. 1114; and Stein Mart Holding Corp. 0492. The address of the principal offices of the Debtors is: 1200 Riverplace Blvd., Jacksonville, FL 32207.

Email: sunderwood@underwoodmurray.com
mmurray@underwoodmurray.com

*Local Counsel for Retail Ecommerce Ventures LLC and Stein Mart Online, Inc. (an SPV)*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court and has been furnished electronically to all those parties registered to receive service via CM/ECF this 3rd day of December, 2020.

/s/ Scott A. Underwood
Scott A. Underwood
Florida Bar No. 0730041

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| STEIN MART, INC.,[1] | Case No. 3:20-bk-2387 |
| | Jointly Administered with |
| STEIN MART BUYING CORP. | Case No. 3:20-bk-2388 |
| STEIN MART HOLDING CORP. | Case No. 3:20-bk-2389 |
| Debtors. | |
| _____/ | |

## NOTICE OF COMPLIANCE

Pursuant to Local Rule 2090-1(c), payment of an admission fee to the Clerk of the United States District Court for the Middle District of Florida has been made on behalf of Michael T. Driscoll, Esq. who was granted permission to appear on behalf of Retail Ecommerce Ventures LLC and Stein Mart Online, Inc. (an SPV) pro hac vice in this matter.  On November 30, 2020, Shepard Mullin's check #1009058 in the amount of $150.00 was sent to the Clerk of the U.S. District Court.

Dated:  December 2, 2020.

Respectfully submitted,

*/s/ Michael T. Driscoll*
Michael T. Driscoll *(admitted pro hac vice)*
New York Bar No. 5166715
Sheppard Mullin
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 634-3055
Fax: (212) 655-1724

---

[1] The tax identification numbers of the Debtors are as follows: Stein Mart, Inc. 6198; Stein Mart Buying Corp. 1114; and Stein Mart Holding Corp. 0492. The address of the principal offices of the Debtors is: 1200 Riverplace Blvd., Jacksonville, FL 32207.

2

Email: mdriscoll@shepardmullin.com

*Attorney for Retail Ecommerce Ventures LLC and Stein Mart Online, Inc. (an SPV)*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court and has been furnished electronically to all those parties registered to receive service via CM/ECF this 2nd day of December, 2020.

*/s/ Michael T. Driscoll*
Michael T. Driscoll
New York Bar No. 5166715