# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| STEIN MART, INC.,[1] | Case No. 3:20-bk-2387 |
| | Jointly Administered with |
| STEIN MART BUYING CORP. | Case No. 3:20-bk-2388 |
| STEIN MART HOLDING CORP. | Case No. 3:20-bk-2389 |
| Debtors. _____/ | |

## PROOF OF SERVICE
(Doc. No. 828)

I HEREBY CERTIFY that a true and accurate copy of the Stipulation and Agreed Order Extending Purchaser's Time to Submit Certification of Compliance with the Consumer Privacy Ombudsman's Report (Doc. No. 828), has been furnished electronically to those parties registered to receive service via CM/ECF on December 29, 2020.

Dated: December 31, 2020.

Respectfully submitted,

/s/ Megan W. Murray
Scott A. Underwood
Florida Bar No. 0730041
Megan W. Murray
Florida Bar. No. 0093922
UNDERWOOD MURRAY, P.A.
Regions Buildings
100 N. Tampa St., Suite 2325
Tampa, FL  33602
Tel: (813) 540-8402
Fax: (813) 553-5345
Email: sunderwood@underwoodmurray.com

---

[1] The tax identification numbers of the Debtors are as follows: Stein Mart, Inc. 6198; Stein Mart Buying Corp. 1114; and Stein Mart Holding Corp. 0492. The address of the principal offices of the Debtors is: 1200 Riverplace Blvd., Jacksonville, FL 32207.

2

mmurray@underwoodmurray.com

*Local Counsel for Retail Ecommerce Ventures LLC and Stein Mart Online, Inc. (an SPV)*