# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| STEIN MART, INC.,[1] | Case No. 3:20-bk-2387 |
| | Jointly Administered with |
| STEIN MART BUYING CORP. | Case No. 3:20-bk-2388 |
| STEIN MART HOLDING CORP. | Case No. 3:20-bk-2389 |
| Debtors. _____/ | |

## CERTIFICATION OF PURCHASER REGARDING COMPLIANCE WITH THE RECOMMENDATIONS SET FORTH IN PARAGRAPH 59 OF THE CONSUMER PRIVACY OMBUDSMAN'S REPORT

Stein Mart Online, Inc. ("Purchaser"), by and through its counsel Sheppard Mullin Richter & Hampton, LLP, hereby certifies that, following closing of the sale approved pursuant to the *Order Granting and Approving Debtors' Motion for Entry of an Order, Pursuant to Sections 105 and 363 of the Bankruptcy Code, (I) Authorizing the Sale of Certain Intellectual Property Free and Clear of Liens, Claims, Encumbrances, and Other Interests, and (II) Granting Related Relief* [Doc. No.762], Purchaser has complied with the recommendations set forth in paragraph 59 of the *Consumer Privacy Ombudsman's Report* [Doc. No. 752].

Dated: January 14, 2021.

Respectfully submitted,

/s/ Megan W. Murray
Scott A. Underwood
Florida Bar No. 0730041

---

[1] The tax identification numbers of the Debtors are as follows: Stein Mart, Inc. 6198; Stein Mart Buying Corp. 1114; and Stein Mart Holding Corp. 0492. The address of the principal offices of the Debtors is: 1200 Riverplace Blvd., Jacksonville, FL 32207. The Debtors' claims agent maintains a website, https://cases.stretto.com/SteinMart, which provides copies of the Debtors' first day pleadings and other information related to the case.

    Megan W. Murray
    Florida Bar. No. 0093922
    UNDERWOOD MURRAY, P.A.
    Regions Buildings
    100 N. Tampa St., Suite 2325
    Tampa, FL  33602
    Tel: (813) 540-8402
    Fax: (813) 553-5345
    Email: sunderwood@underwoodmurray.com
           mmurray@underwoodmurray.com

*Local Counsel for Retail Ecommerce Ventures LLC and Stein Mart Online, Inc. (an SPV)*

- and -

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

/s/ Michael T. Driscoll
Michael T. Driscoll (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, NY 10112-0015
Tel: (212) 653-8700
Fax: (212) 653-8701
E-mail: mdriscoll@sheppardmullin.com

*Counsel for Stein Mart Online, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court and has been furnished electronically to all those parties registered to receive service via CM/ECF this 14th day of January, 2021.

    /s/ Megan W. Murray
    Megan W. Murray
    Florida Bar. No. 0093922