UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| STEIN MART, INC., | ) | Case No. 3:20-bk-02387 |
| | ) | |
| | ) | Jointly Administered with |
| | ) | |
| STEIN MART BUYING CORP., | ) | Case No. 3:20-bk-2388 |
| | ) | |
| STEIN MART HOLDING CORP., | ) | Case No. 3:20-bk-2389 |
| | ) | |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Ronald E. Gold, depose and say that I am employed by Frost Brown Todd LLC, counsel for the Official Committee of Unsecured Creditors in the above-captioned cases.

On June 21, 2021, at my direction and under my supervision, employees of Frost Brown Todd LLC caused copies of the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A** and via electronic mail on the service list attached hereto as **Exhibit B**:

- Order Granting Amended Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Frost Brown Todd LLC as Counsel to the Official Committee of Unsecured Creditors (Docket No. 1079).

- Order Granting Amended Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors (Docket No. 1080).

Dated: June 24, 2021

Respectfully submitted,

*/s/ Ronald E. Gold*

Ronald E. Gold (OH Bar No 0061351)
Douglas L. Lutz (OH Bar No. 0064761)
A.J. Webb (OH Bar No. 0093655)
Erin P. Severini (OH Bar No. 0091487)
**FROST BROWN TODD LLC**
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Tel:  (513) 651-6800
Fax:  (513) 651-6981
E-mail: rgold@fbtlaw.com
        dlutz@fbtlaw.com
        awebb@fbtlaw.com
        eseverini@fbtlaw.com

**COUNSEL FOR OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS**

*- and -*

Steven J. Solomon (FL Bar No. 931969)
Robert A. Schatzman (FL Bar. No. 139008)
**GRAY ROBINSON PA**
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Tel: (305) 416-6880
Fax: (305) 416-6887
E-mail: steven.solomon@gray-robinson.com

**LOCAL COUNSEL FOR OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS**