UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| STEIN MART, INC. [1] | Case No. 20-02387 |
| STEIN MART BUYING CORP. | Case No. 20-02388 |
| STEIN MART HOLDING CORP., | Case No. 20-02389 |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Nathaniel Repko, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On June 22, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Granting Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of GrayRobinson, P.A. As Local Counsel to the Official Committee of Unsecured Creditors** (Docket No. 1083)

Dated: June 24, 2021

*/s/ Nathaniel Repko*
Nathaniel Repko
STRETTO
7 Times Square, 16th Floor
New York, NY 10036
855.941.0662
TeamSteinMart@Stretto.com

---

[1] The tax identification numbers of the Debtors are as follows: Stein Mart, Inc. 6198; Stein Mart Buying Corp. 1114; and Stein Mart Holding Corp. 0492. The address of the Debtors' principal offices: P.O. Box 57339, Jacksonville, FL 32241. The Debtors' claims agent maintains a website, https://cases.stretto.com/SteinMart, which provides copies of the Debtors' first day pleadings and other information related to the case.

# <u>Exhibit A</u>



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 2840 Veterans, LLC | c/o The Derbes Law Firm, LLC | Attn: Eric J. Derbes | 3027 Ridgelake Drive | | Metairie | LA | 70002 | |
| ACF Lakewood 11, LLC and ACF Lakewood 18, LLC | c/o Moye White LLP | Attn: Allison M. Hester | 1400 16th Street | 6th Floor | Denver | CO | 80202-1486 | |
| AGRE Oak Grove Owner, LLC | c/o Shutts & Bowen LLP | Attn: James A. Timko | 300 South Orange Avenue | Suite 1600 | Orlando | FL | 32801 | |
| AMEX TRS Co., Inc. | c/o Becket & Lee LLP | Attn: Shraddha Bharatia | PO Box 3001 | | Malvern | PA | 19355-0701 | |
| Arlington ISD, Crowley ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Eboney Cobb | 500 E. Border Street | Suite 640 | Arlington | TX | 76010 | |
| Arlona Limited Partnership | c/o Kaniuk Law Office, P.A. | Attn: Ronald Scott Kaniuk | 1615 S. Congress Avenue | Suite 103 | Delray Beach | FL | 33445 | |
| At&T Capital Services | | 36 S. Fairview Ave. | | | Park Ridge | IL | 60068 | |
| Atlanta Fork Lifts, Inc. | Attn: Officer or Director | 10 Enterprise Blvd, S.W. | | | Atlanta | GA | 30336 | |
| AVA James dba C-Quest Inc. | c/o Law Offices of J.M. Cha & Associates | Attn: JE M. Cha | 3200 Wilshire Blvd | Suite 1100 | Los Angeles | CA | 90010 | |
| Belfor USA Group, Inc., d/b/a Belfor Property Restoration | c/o Branscomb PLLC | Attn: Patrick H. Autry | 4630 North Loop 1604 East | Suite 206 | San Antonio | TX | 78249 | |
| Bexar County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Don Stecker | 112 E. Pecan Street, Suite 2200 | | San Antonio | TX | 78205 | |
| Branch Westbury Associates, LP | C/O Wiles & Wiles, LLP | Attn: Victor W. Newmark | 800 Kennesaw Avenue, Suite 400 | | Marietta | GA | 30060-7946 | |
| Branch Westbury Associates, LP | c/o Thames Markey & Heekin, P.A. | Attn: Bradley R. Markey | 50 North Laura Street | Suite 1600 | Jacksonville | FL | 32202 | |
| Brandywine Square, LP | c/o Cole Schotz P.C. | Attn: Andrew L. Cole | One Boca Place | 2255 Glades Road Suite 142 W | Boca Raton | FL | 33431 | |
| Brixmor Operating Partnership LP, Aronov Realty Mgmt, Rainier Moore Plaza Acquisitions, LLC, ShopOne Ctrs REIT, Inc., ARC CTCHRNC001, LLC, Deutsche Asset and Wealth Mgmt, Edens, New Market Properties LLC, PGIM Real Estate, Federal Realty Investment Trust | c/o Hill Ward Henderson | Attn: Patrick M. Mosley | 101 E. Kennedy Blvd | Suite 3700 | Tampa | FL | 33602 | |
| Brookfield Properties Retail, Inc., Hines Global REIT, Inc., SITE Centers Corp., and Teacher's Insurance and Annuity Association of America | c/o Hill Ward Henderson | Attn: Patrick M. Mosley | 101 E. Kennedy Blvd | Suite 3700 | Tampa | FL | 33602 | |
| Broward County, Florida, c/o the Records, Taxes & Treasury Division | c/o Broward County Attorney | Attn: Andrew J. Meyers | 115 South Andrews Avenue | Governmental Center Suite 423 | Fort Lauderdale | FL | 33301 | |
| C.F. Smith Southern Pines, LLC | c/o Johnson, Pope, Bokor, Ruppel & Burns, LLP | Attn: Angelina E. Lim | 401 E. Jackson Street | Suite 3100 | Tampa | FL | 33602 | |
| Camelot Strategic Marketing And Media & Camelot Communications, Ltd | Attn Jack McEnaney | 8140 Walnut Hill Lane, Suite 1000 | | | Dallas | TX | 75231 | |
| Carrollton-Farmers Branch ISD, Frisco ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Linda D. Reece | 1919 S. Shiloh Rd | Suite 310, LB 40 | Garland | TX | 75042 | |
| Chatham County Tax Commissioner | Attn: Theresa C. Harrelson | PO Box 8324 | | | Savannah | GA | 31412 | |
| CIT Commercial Services | Attn Director or Officer | Po Box 1036 | | | Charlotte | NC | 28201 | |
| Ck Underwear - Div Of Pvh Corp | Attn Director or Officer | Po Box 532513 | | | Atlanta | GA | 30353-2513 | |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullett, P.C | Attn: Paul M. Lopez, Larry R. Boyd & Emily M. Hahn | 1700 Redbud Blvd | Ste. 300 | McKinney | TX | 75069 | |
| Congress Financial Corporation | Attn: Officer or Director | 1133 Avenue of the Americas | | | New York | NY | 10036- 6765 | |
| Coro Rivioli Ventures, LLC | c/o Wiles & Wiles LLP | Attn: Victor W. Newmark | 800 Kennesaw Avenue | Suite 400 | Marietta | GA | 30060 | |
| County of Brazos, County of Denton, Midland Central Appraisal District and County of Williamson, Texas | c/o McCreary, Veselka, Bragg & Allen, P.C | Attn: Tara LeDay | P.O. Box 1269 | | Round Rock | TX | 78680 | |
| Crown Equipment Corporation | | PO Box 641173 | | | Cincinnati | OH | 45264-1173 | |
| Cypress-Fairbanks ISD, Harris County, Jefferson County, Montgomery County and Fort Bend County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Deer Capital, LLC | c/o Genovese Joblove & Battista, P.A | Attn: Glenn D. Moses | 100 S.E. Second Street | Suite 4400 | Miami | FL | 33131 | |
| Directives West | | 110 E. 9th Street | Ste C621 | | Los Angeles | CA | 90079-5716 | |
| Dixie Associates General Partnership | c/o Akerman LLP | Attn: Katherine C. Fackler | 50 North Laura Street | Suite 3100 | Jacksonville | FL | 32202 | |
| Donahue Schriber Realty Group, LP | c/o Trainor Fairbrook | Attn: Jennifer L. Pruski | Post Office Box 255824 | | Sacramento | CA | 95865 | |
| Donna Mills | c/o LaFleur Law Firm | Attn: Nina M. LaFleur | P.O. Box 840158 | | St. Augustine | FL | 32080 | |
| Double Tree By Hilton Jacksonville River | | 1201 Riverplace Boulevard | | | Jacksonville | FL | 32207 | |
| Driftwood Printing | c/o Grigaltchik & Galustov, PA | Attn: David P. Grigaltchik | 6144 Gazebo Park Place South | Suite 103 | Jacksonville | FL | 32257 | |
| DSW Inc., ACH Only | Attn Director or Officer | 810 Dsw Drive | | | Columbus | OH | 43219 | |
| DSW Leased Business Division LLC | c/o Jimerson Birr, P.A. | Attn: Austin B. Calhoun | One Independent Drive, Suite 1400 | | Jacksonville | FL | 32202 | |
| DSW Leased Business Division LLC | c/o Ice Miller LLP | Attn: Daniel R. Swetnam | 250 West Street | Suite 700 | Columbus | OH | 43215 | |
| Duval County Tax Collector | c/o Office of General Counsel | Attn: Wendy L. Mummaw | 117 W. Duval Street, Suite 480 | | Jacksonville | FL | 32202 | |
| E. Gluck Corporation | c/o The Sarachek Law Firm | Attn: Joseph E. Sarachek | 670 White Plains Road | Penthouse Suite | Scarsdale | NY | 10583 | |
| Eastgate Center Propco, LLC | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi & John C. Gentile | 1313 North Market Street | Suite 1201 | Wilmington | DE | 19801 | |
| Edifis Parkway Ltd. | c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Attn: Eric J. Silver | 150 West Flagler Street | Museum Tower Suite 2200 | Miami | FL | 33130 | |
| EPlus Group, Inc. | Attn: Officer or Director | 13595 Dulles Technology Drive | | | Herndon | VA | 20171 | |
| Fairway-Oak Hollow, LLC | c/o Iurillo Law Group, P.A. | Attn: Kevin L. Hing | 5628 Central Avenue | | St. Petersburg | FL | 33707 | |
| Florida Department Of Revenue | Bankruptcy Unit | Po Box 6668 | | | Tallahassee | FL | 32314-6668 | |
| Florida Office of the Attorney General | | State Of Florida | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| Fort Bend Co WCID # 02 | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | |
| G&I IX Rancho LP | c/o Hogan Lovells US LLP | Attn: Allen P. Pegg | 600 Brickell Avenue | Suite 2700 | Miami | FL | 33131 | |
| G&I IX Rancho LP | c/o Hogan Lovells US LLP | Attn: Christopher R. Donoho, III, Christopher R. Bryant & Jennifer Y. Lee | 390 Madison Avenue | | New York | NY | 10017 | |
| Gateway Center LLC | c/o Berger Singerman LLP | Attn: Paul Steven Singerman | 1450 Brickell Avenue | Suite 1900 | Miami | FL | 33131 | |
| Gateway Center LLC | c/o Berger Singerman LLP | Attn: Michael J. Niles | 313 North Monroe Street | Suite 301 | Tallahassee | FL | 32301 | |
| GE Money Bank Unique Designs, Inc. | Attn: Officer or Director | 425 Meadowlands Pkwy | Ste 2 | | Secaucus | NJ | 07094-1817 | |
| Glori D. Katz | c/o Gunster, Yoakley & Stewart, P.A. | Attn: Kenneth G.M. Mather | 401 E. Jackson Street | Suite 1500 | Tampa | FL | 33602 | |
| Gordon Brothers Finance Company | c/o Holland & Knight LLP | Attn: Alan M. Weiss | 50 N. Laura Street, Suite 3900 | | Jacksonville | FL | 32202 | |
| Grit Development | c/o Polis & Associates, APLC | Attn: Thomas J Polis | 19800 MacArthur Boulevard | Suite 1000 | Irvine | CA | 92612-2433 | |
| Groundlink Holdings, LLC | | 224 Calvary St | #1 | | Waltham | MA | 02453-8366 | |
| H. E. Butt Store Property Company No. One | c/o Branscomb PLLC | Attn: Patrick H. Autry | Lockhill Crossing, Suite 206 | 4630 North Loop 1604 East | San Antonio | TX | 78249 | |
| H. E. Butt Store Property Company No. One | c/o Leinhart Law Firm P.A. | Attn: David J. Lienhart | PO Box 533307 | | Orlando | FL | 32853 | |
| Hamilton Village Station LLC, Harbour Village Station, LLC, Mayfair Station LLC and Phillips Edison & Compan | c/o Saul Ewing Arnstein & Lehr LLP | Attn: Carmen Contreras-Martinez | 701 Brickell Avenue | Suite 1700 | Miami | FL | 33131 | |
| Hamilton Village Station LLC, Harbour Village Station, LLC, Mayfair Station LLC and Phillips Edison & Company | c/o Saul Ewing Arnstein & Lehr LLP | Attn: Monique B. DiSabatino, Esquire | 1201 North Market Street, Suite 2300 | P.O. Box 1266 | Wilmington | DE | 19899 | |
| Hana Financial Group | Attn: Officer or Director | 66 Eulji-ro Jung-gu | | | Seoul | | 04538 | Korea, Republic of |
| Hanesbrands Inc | Attn Director or Officer | C/O Jp Morgan/Chase | 21692 Network Place | | Chicago | IL | 60673-1216 | |
| Hanesbrands Inc. | Attn Director or Officer | 21700 Network Place | | | Chicago | IL | 60673-1217 | |
| Hanesbrands Inc. | Attn: Ann E. McIver, Senior Manager, GTS Credit | 100 East Hanes Mill Road | | | Winston-Salem | NC | 27104 | |
| Hanesbrands, Inc. | Attn: Officer or Director | P.O. Box 93566 | | | Chicago | IL | 60673 | |
| Hanesbrands,Inc. | Attn Director or Officer | 23881 Network Place | | | Chicago | IL | 60673-1238 | |
| Harvest Small Business Finance LLC | Attn Director or Officer | 24422 Avenida De La Carlota | Suite 232 | | Laguna Hills | CA | 92653 | |
| Harvest Small Business Finance LLC | c/o Locke Lord LLP | Attn: Bradley C. Knapp | 601 Poydras Street | Suite 2660 | New Orleans | LA | 70130 | |
| Harvest Small Business Finance LLC | c/o Locke Lord LLP | Attn: Steven J. Brotman | 777 South Flagler Street | Suite 215 East Tower | West Palm Beach | FL | 33401 | |
| Harvest Small Business Finance LLC | c/o Locke Lord LLP | Attn: Casey B. Howard | 200 Vesey Street, 20th Floor | | New York | NY | 10281 | |
| Henry Doneger Assoc., Inc. | | 463 Seventh Avenue, 3rd Floor | | | New York | NY | 10018 | |
| Henry S. Miller Brokerage, LLC as agent for Landlord New Pepper Square S/C Ltd | c/o Curtis Castillo PC | Attn: Mark Castillo & Robert Rowe | 901 Main Street | Suite 6515 | Dallas | TX | 75202 | |
| Highland Lakes Shopping Center | c/o Johnson, Pope, Bokor, Ruppel & Burns, LLP | Attn: Michael C. Markham & Angelina E. Lim | 401 E. Jackson Street | Suite 3100 | Tampa | FL | 33602 | |
| Hilco Merchant Resources, LLC, Gordon Brothers Retail Partners, LLC, Great American Group, LLC, Tiger Capital Group, LLC, and | C/O Quarles & Brady, LLP | Attn: Philip V. Martino | 101 E. Kennedy Blvd., Ste. 3400 | | Tampa | FL | 33602 | |
| Hillsborough County Tax Collector | Attn: Brian T. FitzGerald | P.O. Box 1110 | | | Tampa | FL | 33601-1110 | |
| Hitachi Capital America Corp. | | 21925 Network Place | | | Chicago | IL | 60673-1219 | |
| HSV Property Owner LP | c/o Koyzak Tropin & Throckmorton LLP | Attn: David L. Rosendorf | 2525 Ponce de Leon Boulevard | 9th Floor | Coral Gables | FL | 33134 | |
| Humble Independent School District, et al | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen Sonik | 1235 North Loop West, Suite 600 | | Houston | TX | 77008 | |
| Inland Commercial Real Estate Services, LLC, RPT Realty, L.P., DLC Management Corp., Rivercrest Realty Associates, LLC, Benenson Capital, National Realty & Development Corp. and certain affiliates | c/o Barclay Damon LLP | Attn: Kevin M. Newman, Esq | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 | |
| Inland Commercial Real Estate Services, LLC, RPT Realty, L.P., DLC Management Corp., Rivercrest Realty Associates, LLC, Benenson Capital, National Realty & Development Corp. and certain affiliates | c/o Barclay Damon LLP | Attn: Scott L. Fleischer, Esq. | 1270 Avenue of the Americas | Suite 501 | New York | NY | 10020 | |
| Inland Commercial Real Estate Services, LLC, RPT Realty, L.P., DLC Management Corp., Rivercrest Realty Associates, LLC, Benenson Capital, National Realty & Development Corp. and certain affiliates | c/o Barclay Damon LLP | Attn: Niclas A. Ferland, Esq. & Ilan Markus, Esq. | 545 Long Wharf Drive | 9th Floor | New Haven | CT | 06511 | |
| Internal Revenue Service | | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Intimates - Pvh Corp. | Attn Director or Officer | Po Box 532513 | | | Atlanta | GA | 30353-2513 | |
| Invesco Advisors, Inc | c/o Greenberg Traurig, PA | Attn: Ari Newman & John Hutton | 333 S.E. 2nd Avenue | Suite 4400 | Miami | FL | 33131 | |
| Izod | Attn Director or Officer | Po Box 532513 | | | Atlanta | GA | 30353-2513 | |
| J&K NOLA, LLC | c/o The Derbes Law Firm, LLC | Attn: Frederick L. Bunol | 3027 Ridgelake Drive | | Metairie | LA | 70002 | |

Stein Mart Inc., et al.
Case No. 20-02387 (JAF)

Page 1 of 3



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Jackie Smith | c/o Roberts Law, PLLC | Attn: Kelly Roberts, Esquire | F.B.N. 83804 | 2075 Main Street, Suite 23 | Sarasota | FL | 34237 | |
| JBM-Stein, LLC & JBM Washington Park, LLC | c/o Sweetbaum Sands Anderson PC | Attn: Alan D. Sweetbaum | 1125 Seventeenth Street | Suite 2100 | Denver | CO | 80202 | |
| JG Management Co., Inc | c/o Burr & Forman LLP | Attn: J. Ellsworth Summers | 50 North Laura Street | Suite 3000 | Jacksonville | FL | 32202 | |
| John Paul Richard Inc. | Attn Director or Officer | 26775 Malibu Hills Road Suite 100 | | | Calabasas | CA | 91301 | |
| John Pennell | c/o Nelkin & Nelkin, P. C. | Attn: Carol Nelkin | 7702 Portal Drive | | Houston | TX | 77071 | |
| John Pennell | c/o Hodge Law Firm, P. A. | Attn: Christopher M. Hodge | 245 Riverside Ave. | Suite 300 | Jacksonville | FL | 32202 | |
| Joseph A Company LLC | The Cit Group | P.O. Box 1036 | | | Charlotte | NC | 28201 | |
| JTJG Foothill Village, L.C. | c/o Scalley Reading Bates Hansen & Rasmussen, P.C. | Attn: Darwin H. Bingham | 15 West South Temple | Suite 600 | Salt Lake City | UT | 84101 | |
| Kellwood Apparel LLC | Attn Director or Officer | Po Box 784312 | | | Philadelphia | PA | 19178-4312 | |
| La Costa Town Center LLC and Shadelands Park LLC | c/o Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: Nathan Q. Rugg | 200 West Madison Street, Suite 3900 | | Chicago | IL | 60606 | |
| La Costa Town Center, LLC | c/o Barack Ferrazzano Kirschbaum & Nagelberg LLP | 200 West Madison Street | Suite 3900 | | Chicago | IL | 60606 | |
| LCP 1200 Riverplace, LLC | c/o Akerman LLP | Attn: Katherine C. Fackler & Jacob A. Brown | 50 North Laura Street | Suite 3100 | Jacksonville | FL | 32202 | |
| Leisure Merchandising Corp. | Attn: Robert Vang, Controller | 105 Northfield Ave. | | | Edison | NJ | 08837 | |
| Levin Management Corporation | c/o Stark & Stark, PC | Attn: Joseph H. Lemkin | 993 Lenox Drive | Bldg. 2 | Lawrenceville | NJ | 08648 | |
| Levtex LLC | Attn Director or Officer | 1830 14Th Street | | | Santa Monica | CA | 90404 | |
| Lubbock Central Appraisal District and Midland County | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | PO Box 817 | | Lubbock | TX | 79408 | |
| Main St. Commons, LLC | c/o Simon & Sigalos, LLP | Attn: George L. Sigalos | 3839 NW Boca Raton Blvd Suite 100 | | Boca Raton | FL | 33431 | |
| Maryland Parkway Property, LLC & Irvine Market Place II, LLC | c/o Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | 13215 E. Penn St. | Suite 510 | Whittier | CA | 90602 | |
| Michael Kors | Attn Director or Officer | Po Box 732670 | | | Dallas | TX | 75373-2670 | |
| Microsoft Licensing Gp | Attn Director or Officer | C/O Bank Of America | 1950 N. Stemmons Fwy Ste 5010 | LB #842467 | Dallas | TX | 75207 | |
| Milberg Factors Inc. | Attn Director or Officer | 99 Park Avenue 21St Floor | | | New York | NY | 10016 | |
| Missouri Department of Revenue | c/o Bankrutcy Unit | Attn: Steven A. Ginther | PO Box 475 | | Jefferson City | MO | 65105 | |
| Mooring Recovery Services, Inc. d/b/a Mooring USA | c/o Chapoton Sanders Scarborough, LLP | Attn: Annalee Mathis May | 952 Echo Lane | Suite 380 | Houston | TX | 77024 | |
| Morgan, Lewis & Bockius LLP | Attn: Matthew F. Furlong, Julia Frost-Davies and Christopher L. Carter | One Federal Street | | | Boston | MA | 02110 | |
| Musca Properties, LLC | c/o Brennan, Manna & Diamond | Attn: Michael A. Steel | 75 E. Market St. | | Akron | OH | 44308 | |
| Nicholas Park Mall LLC | c/o Sirlin Lesser & Benson, PC | Attn: Dana S. Plon | 123 South Broad Street | Suite 2100 | Philadelphia | PA | 19109 | |
| Nielsen & Bainbridge LLC | c/o Akerman LLP | Attn: Katherine C. Fackler & Jacob A. Brown | 50 North Laura Street | Suite 3100 | Jacksonville | FL | 32202 | |
| NPMC Retail, LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Gillian D. Williston | 222 Central Park Avenue | Suite 2000 | Virginia Beach | VA | 23462 | |
| Oglethorpe Mall, LLC, GGP- Pecanland L.L.C., HG REIT II Madison Road, DDRTC Cypress Trace LLC, Regency Centers, L.P., FW CA Granada Village, LLC, IRT Property Company, Equity One (Florida Portfolio), LLC, Hendon/Atlantic Rim Johns Creek, LLC et a; | c/o Hill Ward Henderson | Attn: Patrick M. Mosley | 101 E. Kennedy Blvd | Suite 3700 | Tampa | FL | 33602 | |
| Oklahoma County Treasurer | Attn: Tammy Jones | 320 Robert S. Kerr Room 307 | | | Oklahoma City | OK | 73102 | |
| Oracle America, Inc. | Attn Director or Officer | P.O. Box 203448 | | | Dallas | TX | 75320-3448 | |
| Oracle America, Inc. | c/o Buchalter, a Professional Corporation | Attn: Shawn M. Christianson | 55 Second Street | 17th Floor | San Francisco | CA | 94105 | |
| OTR, Weingarten Las Tiendas JV, WNI/Tennessee, L.P., WRI Fiesta Trails LP, WRI-TC Marketplace at Dr. Phillips, LLC, WRI/Raleigh L.P., Weingarten Nostat, Inc. | c/o Hill Ward Henderson | Attn: Patrick M. Mosley | 101 E. Kennedy Blvd | Suite 3700 | Tampa | FL | 33602 | |
| Otterbourg P.C. | Attn Daniel F. Fiorillo, Esq. and Chad B. Simon, Esq., | 230 Park Avenue | | | New York | NY | 10169-0075 | |
| Pacific Castle Smithridge, LLC | c/o Jennifer L. Pruski | Trainor Fairbrook | 980 Fulton Avenue | | Sacramento | CA | 95825 | |
| Patterson Farms, Inc. | c/o Atkinson, Hamill & Barrowclough, P.C. | 3550 N. Central Avenue | Suite 1150 | | Phoenix | AZ | 85012 | |
| Peerless Clothing | Attn Director or Officer | 200 Industrial Park Road | | | St. Albans | VT | 05478-1873 | |
| Performance Food Group, Inc. d/b/a Vistar Corporation | Attn: Brad Boe, Director of Credit | 188 Inverness Drive West, Suite 700 | | | Englewood | CO | 80112 | |
| Perry Ellis Mensware, LLC and its Affiliates | c/o Pack Law, P.A. | Attn: Joseph A. Pack | 51 Northeast 24th Street | Suite 108 | Miami | FL | 33137 | |
| Pittsford Plaza SPE, LLC | c/o Daniel C. Cowan Jr | 1265 Scottsville Road | | | Rochester | NY | 14624 | |
| Poway City S.C., L.P.; Riverplace Shopping Center, LLC; Kimco Lakeland 123, Inc.; Kimco Tallahassee 715, Inc.; Crossroads Plaza 1743, LP; St. Andrews Center 254, LLC; Price/Baybrook Ltd.; and CH Realty III/Battlefield, LLC | c/o Hinshaw & Culbertson LLP | Attn: Ruel W. Smith | 100 South Ashley Drive | Suite 500 | Tampa | FL | 33602 | |
| Premier Brands Group Holdings LLC, and its subsidiaries One Jeanswear Holdings LLC, Kasper Group LLC and The Jewelry Group Inc | c/o Geoffrey T. Raicht, PC | Attn: Geoffrey T. Raicht | 1 Kittle Road | | Chappaqua | NY | 10514 | |
| Premier Centre, LLC | c/o Adams and Reese LLP | Attn: Angela N. Grewal | 501 Riverside Ave. | Suite 601 | Jacksonville | FL | 32202 | |
| Premier Centre, LLC | c/o Adams and Reese LLP | Attn: Angela N. Grewal | 501 Riverside Ave | Suite 601 | Jacksonville | FL | 32202 | |
| Prime Alliance Bank | Attn: Officer or Director | 1868 South 500 West | | | Woods Cross | UT | 84087 | |
| Proposed Counsel for the Official Committee of Unsecured Creditors | c/o Frost Brown Todd LLC | Attn: Ronald E. Gold, A.J. Webb, Erin P. Severini, Douglas L. Lutz | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | |
| Proposed Local Counsel for the Official Committee of Unsecured Creditors | c/o Gray Robinson PA | Attn: Steven J. Solomon & Robert A. Schatzman | 333 S.E. 2nd Avenue | Suite 3200 | Miami | FL | 33131 | |
| Publix Super Markets, Inc. | c/o Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A | Attn: Stephanie C. Lieb | 101 East Kennedy Boulevard, Suite 2700 | | Tampa | FL | 33602 | |
| Publix Super Markets, Inc., Real Sub, LLC, and PSM Alabama Holdings, LLC | c/o Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. | Attn: Stephanie C. Lieb | 101 East Kennedy Blvd | Suite 2700 | Tampa | FL | 33602 | |
| Purered Creative, Inc. | Attn Director or Officer | P.O. Box 871053 | | | Stone Mountain | GA | 30087-0027 | |
| Pvh Corp. | Attn Director or Officer | P.O. Box 532513 | | | Atlanta | GA | 30353-2513 | |
| Pvh Legwear LLC | Attn Director or Officer | 1411 Broadway, 2Nd Floor | | | New York | NY | 10018 | |
| Pvh Neckwear Inc. | Attn Director or Officer | Po Box 532513 | | | Atlanta | GA | 30353-2513 | |
| Quantum Concept, Inc. d/b/a Age of Wisdom | c/o Lewis Brisbois Bisgaard & Smith LLP | Attn: Vincent F. Alexander | 110 SE 6th Street | Suite 2600 | Fort Lauderdale | FL | 33301 | |
| Ralph Lauren Corporation | c/o Sheppard Mullin Richter & Hampton LLP | Attn: Justin Bernbrock and Robert McLellarn | Three First National Plaza | 70 West Madison Street 3rd FL | Chicago | IL | 60602 | |
| Regency Centers, L.P. | Attn: Ernst A. Bell, Assoc. General Counsel and Vice President, Legal | One Independent Drive | Suite 114 | | Jacksonville | FL | 32202-5019 | |
| Ronni Nicole Ii Ltd | Attn Director or Officer | Cit Group/Commercial Services,Inc. | PO Box 1036 | | Charlotte | NC | 28201-1036 | |
| Rosenthal & Rosenthal Inc | Attn Director or Officer | Po Box 88926 | | | Chicago | IL | 60695-1926 | |
| S138 LLC | c/o Greenfield LLP | Attn: Bernard Greenfield & Edward Colbert | 55 S. Market Street Ste. 1500 | | San Jose | CA | 95113 | |
| S138 LLC | c/o Cozen O'Connor | Attn: Thomas J. Francella, Jr. | 200 South Biscayne Blvd. Ste. 3000 | Southeast Financial Center | Miami | FL | 33131 | |
| Samsonico International (Taiwan) Co. Ltd. | c/o Adams and Reese LLP | Attn: Edmund S. Whitson, III, Esq. | 101 East Kennedy Boulevard | Suite 4000 | Tampa | FL | 33602 | |
| SI 38 LLC | c/o Lubliner Law PLLC | Attn: Richard S. Lubliner | 1645 Palm Beach Lakes Blvd | Suite 1200 | West Palm Beach | FL | 33401 | |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | 225 West Washington Street | | | Indianapolis | IN | 46204 | |
| Spirit MT Collierville TN, LLC | c/o Akerman LLP | Attn: Katherine C. Fackler & Jacob A. Brown | 50 North Laura Street | Suite 3100 | Jacksonville | FL | 32202 | |
| State of Texas | Office of the Attorney General of Texas | Attn: Jason B. Binford & Abigail R. Ryan | P. O. Box 12548- MC 008 | | Austin | TX | 78711-2548 | |
| Stein Mart, Inc., et al | Attn James Brown | PO Box 57339 | | | Jacksonville | FL | 32241 | |
| Sterling National Bank | Attn Director or Officer | Po Box 75359 | | | Chicago | IL | 60675-5359 | |
| SunBrewer Partners LP | c/o Solomon Ward Seidenwurm & Smith, LLP | Attn: Michael D. Breslauer | 401 B Street | Suite 1200 | San Diego | CA | 92101 | |
| Tarrant County, Dallas County, City of Frisco and Rockwall CAD | C/O Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway, Ste. 1000 | | Dallas | TX | 75207 | |
| Texas Comptroller of Public Accounts, Revenue Accounting Division | Attn: E. Stuart Phillips | Bankruptcy & Collections Division MC 008 | P.O. Box 12548 | | Austin | TX | 78711 | |
| Tharanco Lifestyles LLC | Attn Director or Officer | The Cit Group | Commercial Services | Po Box 1036 | Charlotte | NC | 28201-1036 | |
| The Bohan Agency, Inc | c/o McDermott Will & Emery LLP | Attn: Gregg A. Steinman | 333 SE 2nd Avenue | Suite 4500 | Miami | FL | 33131 | |
| The Bohan Agency, Inc. | c/o McDermott Will & Emery LLP | Attn: Bradley Thomas Giordano | 444 West Lake Street | Suite 4000 | Chicago | IL | 60606 | |
| The CIT Group/Commercial Services, Inc. | Attn: Robert W. Franklin, Director and Asst. General Counsel | 201 S. Tryon Street | P.O. Box 31307 (28231) | | Charlotte | NC | 28202 | |
| Thruway Shopping Center, LLC | c/o Offit Kurman, P.A. | Attn: Stephen A. Metz | 4800 Montgomery Lane | 9th Floor | Bethesda | MD | 20814 | |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Stuart Wilson-Patton | PO Box 20207 | | Nashville | TN | 37202-0207 | |
| Tommy Hilfiger U.S.A. Inc. | Attn Director or Officer | P.O. Box 532513 | | | Atlanta | GA | 30353-2513 | |
| Toyota Industries Commercial Finance, Inc. | c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC | Attn: Scott R. Weiss | 6409 Congress Ave., Suite 100 | | Boca Raton | FL | 33487 | |
| Toyota Industries Commercial Finance,Inc | | PO Box 660926 | | | Dallas | TX | 75266-0926 | |
| TPP Bryant, LLC, JAHCO Keller Crossing, LLC, B&B Britton Plaza Holdings, LLC & Roosevelt Square LLLP | c/o Law Offices of Jason A. Burgess, LLC | Attn: Jason A. Burgess | 1855 Mayport Road | | Atlantic Beach | FL | 32233 | |
| Travis County | Attn: Jason A. Starks | PO Box 1748 | | | Austin | TX | 78767 | |
| U.S. Attorney'S Office | Attn: Civil Process Clerk | 400 West Washington Street | Suite 3100 | | Orlando | FL | 32801 | |
| U.S. Securities & Exchange Commission | Attn: Office of Reorganization | 950 East Paces Ferry Ne | Suite 900 | | Atlanta | GA | 30326-1382 | |
| United States Trustee | Attn: Jill E. Kelso and Scott. E. Bomkamp | George C. Young Federal Building | 400 West Washington Street, Suite 1100 | | Orlando | FL | 32801-2210 | |
| V247 Power Corporation | c/o Adams and Reese LLP | Attn: Edmund S. Whitson, III | 101 E. Kennedy Blvd. | Suite 4000 | Tampa | FL | 33602 | |
| Venture Sublett Corners, LP | c/o McGuire, Craddock & Strother, P.C. | Attn: J. Mark Chevallier | 500 N. Akard Street | Suite 2200 | Dallas | TX | 75201 | |
| Vestar Best in the West Property, LLC; Vestar RW Tempe Marketplace LLC; Westgate Village Retail, LLC, Vestar California XXII, LLC | c/o Clark Hill, PLC | Attn: David M. Blau | 151 S. Old Woodward Ave., Ste. 200 | | Birmingham | MI | 48009 | |
| Wells Fargo Bank | Michael Watson | 125 High St | Ste 1500 | | Boston | MA | 02110-4703 | |

Stein Mart Inc., et al.
Case No. 20-02387 (JAF)

Page 2 of 3



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Wells Fargo Bank, N.A. | c/o Smith Hulsey & Busey | Attn: Stephen Busey & John Thomas | One Independent Drive | Suite 3300 | Jacksonville | FL | 32202 | |
| Wells Fargo Trade Capital Services | Attn Director or Officer | Po Box 842674 | | | Boston | MA | 02284-2674 | |
| White Oak Commercial Finance, LLC | Attn: Joseph Sforza, Managing Director, Risk Management | 1155 Avenue of Americas, 15th Floor | | | New York | NY | 10036 | |
| White Oak Commerical Finance LLC | Attn Director or Officer | Po Box 100895 | | | Atlanta | GA | 30384-4174 | |
| Wind-Down Debtors and Plan Administrator, Advisory Trust Group, LLC | c/o Frost Brown Todd LLC | Attn: Ronald E. Gold, Douglas L. Lutz, A.J. Webb, Erin P. Severini & Matthew C. Higgins | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | |
| Wind-Down Debtors and Plan Administrator, Advisory Trust Group, LLC | c/o Dal Lago Law | Attn: Michael R. Dal Lago & Christian Garrett Haman, Esq | 999 Vanderbilt Beach Rd #200 | | Naples | FL | 34108 | |
| WRD Mechanicsburg LP | c/o Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | 123 South Broad Street | Suite 2100 | Philadelphia | PA | 19109 | |
| Xerox Financial Services | | 45 Glover Avenue, PO Box 4505 | | | Norwalk | CT | 06865 | |
| Yusen Logistics (Americas) Inc. | c/o Cozen O'Connor | Attn: Simon Fraser | 1201 N. Market Street | Suite 1001 | Wilmington | DE | 19801 | |

Stein Mart Inc., et al.
Case No. 20-02387 (JAF)

Page 3 of 3

# <u>Exhibit B</u>



| Name | Attention | Address 1 | Email |
|---|---|---|---|
| 2840 Veterans, LLC | c/o The Derbes Law Firm, LLC | Attn: Eric J. Derbes | ederbes@derbeslaw.com |
| ACF Lakewood 11, LLC and ACF Lakewood 18, LLC | c/o Moye White LLP | Attn: Allison M. Hester | allison.hester@moyewhite.com |
| AGRE Oak Grove Owner, LLC | c/o Shutts & Bowen LLP | Attn: James A. Timko | jtimko@shutts.com |
| Arlington ISD, Crowley ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Eboney Cobb | ecobb@pbfcm.com |
| Arlona Limited Partnership | c/o Kaniuk Law Office, P.A. | Attn: Ronald Scott Kaniuk | ron@kaniuklawoffice.com |
| AVA James dba C-Quest Inc. | c/o Law Offices of J.M. Cha & Associates | Attn: JE M. Cha | jemyungcha@yahoo.com |
| Belfor USA Group, Inc., d/b/a Belfor Property Restoration | c/o Branscomb PLLC | Attn: Patrick H. Autry | pautry@branscomblaw.com |
| Bexar County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Don Stecker | sanantonio.bankruptcy@publicans.com |
| Branch Westbury Associates, LP | c/o Wiles & Wiles, LLP | Attn: Victor W. Newmark | bankruptcy@evict.net |
| Branch Westbury Associates, LP | c/o Thames Markey & Heekin, P.A. | Attn: Bradley R. Markey | brm@tmhlaw.net |
| Brandywine Square, LP | c/o Cole Schotz P.C. | Attn: Andrew L. Cole | acole@coleschotz.com |
| Brixmor Operating Partnership LP, Aronov Realty Mgmt, Rainier Moore Plaza Acquisitions, LLC, ShopOne Ctrs REIT, Inc., ARC CTCHRNC001, LLC, Deutsche Asset and Wealth Mgmt, Edens, New Market Properties LLC, PGIM Real Estate, Federal Realty Investment Trust | c/o Hill Ward Henderson | Attn: Patrick M. Mosley | patrick.mosley@hwhlaw.com |
| Brookfield Properties Retail, Inc., Hines Global REIT, Inc., SITE Centers Corp., and Teacher's Insurance and Annuity Association of America | c/o Hill Ward Henderson | Attn: Patrick M. Mosley | patrick.mosley@hwhlaw.com |
| Broward County, Florida, c/o the Records, Taxes & Treasury Division | c/o Broward County Attorney | Attn: Andrew J. Meyers | sandron@broward.org |
| C.F. Smith Southern Pines, LLC | c/o Johnson, Pope, Bokor, Ruppel & Burns, LLP | Attn: Angelina E. Lim | angelinal@jpfirm.com |
| Camelot Strategic Marketing And Media & Camelot Communications, Ltd | Attn Jack McEnaney | | jmcenaney@camelotsmm.com |
| Carrollton-Farmers Branch ISD, Frisco ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Linda D. Reece | lreece@pbfcm.com |
| Chatham County Tax Commissioner | Attn: Theresa C. Harrelson | | bknot@chathamcounty.org |
| CIT Commercial Services | Attn Director or Officer | | kevin.ritter@cit.com kandy.bowen@cit.com david.kotler@cit.com cmspayinfo@cit.com |
| Ck Underwear - Div Of Pvh Corp | Attn Director or Officer | | tanyamitchell@pvh.com |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullett, P.C | Attn: Paul M. Lopez, Larry R. Boyd & Emily M. Hahn | plopez@abernathy-law.com lboyd@abernathy-law.com bankruptcy@abernathy-law.com ehahn@abernathy-law.com |
| Coro Rivioli Ventures, LLC | c/o Wiles & Wiles LLP | Attn: Victor W. Newmark | bankruptcy@evict.net |
| County of Brazos, County of Denton, Midland Central Appraisal District and County of Williamson, Texas | c/o McCreary, Veselka, Bragg & Allen, P.C | Attn: Tara LeDay | tleday@mvbalaw.com |

Stein Mart Inc., et al.
Case No. 20-02387 (JAF)



**Exhibit B**
Served Via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Crown Equipment Corporation | | | eft.payments@crown.com |
| Cypress-Fairbanks ISD, Harris County, Jefferson County, Montgomery County and Fort Bend County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |
| Deer Capital, LLC | c/o Genovese Joblove & Battista, P.A | Attn: Glenn D. Moses | gmoses@gjb-law.com<br>jzamora@gjb-law.com<br>ecastellanos@gjb-law.com |
| Directives West | | | ar@doneger.com |
| Dixie Associates General Partnership | c/o Akerman LLP | Attn: Katherine C. Fackler | katherine.fackler@akerman.com |
| Donahue Schriber Realty Group, LP | c/o Trainor Fairbrook | Attn: Jennifer L. Pruski | jpruski@trainorfairbrook.com |
| Double Tree By Hilton Jacksonville River | | | ar@doubletreejax.com |
| Driftwood Printing | c/o Grigaltchik & Galustov, PA | Attn: David P. Grigaltchik | info@griglaw.com |
| DSW Inc., ACH Only | Attn Director or Officer | | roger.rawlins@designerbrands.com |
| DSW Leased Business Division LLC | c/o Jimerson Birr, P.A. | Attn: Austin B. Calhoun | acalhoun@jimersonfirm.com<br>samanthab@jimersonfirm.com |
| DSW Leased Business Division LLC | c/o Ice Miller LLP | Attn: Daniel R. Swetnam | daniel.swetnam@icemiller.com |
| Duval County Tax Collector | c/o Office of General Counsel | Attn: Wendy L. Mummaw | wmummaw@coj.net |
| E. Gluck Corporation | c/o The Sarachek Law Firm | Attn: Joseph E. Sarachek | joe@saracheklawfirm.com |
| Eastgate Center Propco, LLC | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi & John C. Gentile | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com |
| Edifis Parkway Ltd. | c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Attn: Eric J. Silver | esilver@stearnsweaver.com |
| Fairway-Oak Hollow, LLC | c/o Iurillo Law Group, P.A. | Attn: Camille J. Iurillo & Kevin L. Hing | ciurillo@iurillolaw.com<br>khing@iurillolaw.com |
| Florida Department Of Revenue | Bankruptcy Unit | | emaildor@floridarevenue.com |
| Fort Bend Co WCID # 02 | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |
| G&I IX Rancho LP | c/o  Hogan Lovells US LLP | Attn: Allen P. Pegg | allen.pegg@hoganlovells.com |
| G&I IX Rancho LP | c/o Hogan Lovells US LLP | Attn: Christopher R. Donoho, III, Christopher R. Bryant & Jennifer Y. Lee | chris.donoho@hoganlovells.com<br>chris.bryant@hoganlovells.com<br>jennifer.lee@hoganlovells.com |
| Gateway Center LLC | c/o Berger Singerman LLP | Attn: Paul Steven Singerman | singerman@bergersingerman.com |
| Gateway Center LLC | c/o Berger Singerman LLP | Attn: Michael J. Niles | mniles@bergersingerman.com |
| Glori D. Katz | c/o Gunster, Yoakley & Stewart, P.A. | Attn: Kenneth G.M. Mather | kmather@gunster.com<br>tkennedy@gunster.com<br>mweaver@gunster.com |
| Gordon Brothers Finance Company | c/o Holland & Knight LLP | Attn: Alan M. Weiss | alan.weiss@hklaw.com |
| Grit Development | c/o Polis & Associates, APLC | Attn: Thomas J Polis | tom@polis-law.com |
| Groundlink Holdings, LLC | | | billing@groundlink.com |
| H. E. Butt Store Property Company No. One | c/o Branscomb PLLC | Attn: Patrick H. Autry | pautry@branscombpc.com |
| H. E. Butt Store Property Company No. One | c/o Leinhart Law Firm P.A. | Attn: David J. Lienhart | dlienhart@lienhartlaw.com |

Stein Mart Inc., et al.<br>Case No. 20-02387 (JAF)

Page 2 of 7



**Exhibit B**
Served Via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Hamilton Village Station LLC, Harbour Village Station, LLC, Mayfair Station LLC and Phillips Edison & Compan | c/o Saul Ewing Arnstein & Lehr LLP | Attn: Carmen Contreras-Martinez | Carmen.Contreras-Martinez@saul.com |
| Hamilton Village Station LLC, Harbour Village Station, LLC, Mayfair Station LLC and Phillips Edison & Company | c/o Saul Ewing Arnstein & Lehr LLP | Attn: Monique B. DiSabatino, Esquire | monique.disabatino@saul.com |
| Hanesbrands Inc | Attn Director or Officer | c/o Jp Morgan/Chase | hbi_cashapplication@hanes.com |
| Hanesbrands Inc. | Attn: Ann E. McIver, Senior Manager, GTS Credit | | ann.mciver@hanes.com |
| Harvest Small Business Finance LLC | Attn Director or Officer | | aseery@harvestcref.com |
| Harvest Small Business Finance LLC | c/o Locke Lord LLP | Attn: Bradley C. Knapp | bknapp@lockelord.com |
| Harvest Small Business Finance LLC | c/o Locke Lord LLP | Attn: Steven J. Brotman | steven.brotman@lockelord.com |
| Harvest Small Business Finance LLC | c/o Locke Lord LLP | Attn: Casey B. Howard | choward@lockelord.com |
| Henry Doneger Assoc., Inc. | | | ar@doneger.com |
| Henry S. Miller Brokerage, LLC as agent for Landlord New Pepper Square S/C Ltd | c/o Curtis Castillo PC | Attn: Mark Castillo & Robert Rowe | mcastillo@curtislaw.net rrowe@curtislaw.net |
| Highland Lakes Shopping Center | c/o Johnson, Pope, Bokor, Ruppel & Burns, LLP | Attn: Michael C. Markham & Angelina E. Lim | mikem@jpfirm.com angelinal@jpfirm.com |
| Hilco Merchant Resources, LLC, Gordon Brothers Retail Partners, LLC, Great American Group, LLC, Tiger Capital Group, LLC, and SB360 Capital Partners, LLC | c/o Quarles & Brady, LLP | Attn: Philip V. Martino | philip.martino@quarles.com |
| Hillsborough County Tax Collector | Attn: Brian T. FitzGerald | | fitzgeraldb@hillsboroughcounty.org |
| Hitachi Capital America Corp. | | | rcloos@hitachicapitalamerica.com cnorrito@hitachicapitalamerica.com jgiaimo@hitachicapitalamerica.com |
| HSV Property Owner LP | c/o Koyzak Tropin & Throckmorton LLP | Attn: David L. Rosendorf | dlr@kttlaw.com |
| Humble Independent School District, et al | L.L.P. | Attn: Owen Sonik | osonik@pbfcm.com |
| Inland Commercial Real Estate Services, LLC, RPT Realty, L.P., DLC Management Corp., Rivercrest Realty Associates, LLC, Benenson Capital, National Realty & Development Corp. and certain affiliates | c/o Barclay Damon LLP | Attn: Kevin M. Newman, Esq | knewman@barclaydamon.com |
| Inland Commercial Real Estate Services, LLC, RPT Realty, L.P., DLC Management Corp., Rivercrest Realty Associates, LLC, Benenson Capital, National Realty & Development Corp. and certain affiliates | c/o Barclay Damon LLP | Attn: Scott L. Fleischer, Esq. | sfleischer@barclaydamon.com |
| Inland Commercial Real Estate Services, LLC, RPT Realty, L.P., DLC Management Corp., Rivercrest Realty Associates, LLC, Benenson Capital, National Realty & Development Corp. and certain affiliates | c/o Barclay Damon LLP | Attn: Niclas A. Ferland, Esq. & Ilan Markus, Esq. | imarkus@barclaydamon.com nferland@barclaydamon.com |
| Intimates - Pvh Corp. | Attn Director or Officer | | tanyamitchell@pvh.com |
| Invesco Advisors, Inc | c/o Greenberg Traurig, PA | Attn: Ari Newman & John Hutton | huttonj@gtlaw.com |
| Izod | Attn Director or Officer | | tanyamitchell@pvh.com |
| J&K NOLA, LLC | c/o The Derbes Law Firm, LLC | Attn: Frederick L. Bunol | fbunol@derbeslaw.com |
| Jackie Smith | c/o Roberts Law, PLLC | Attn: Kelly Roberts, Esquire | kelly@kellyrobertslaw.com |

Stein Mart Inc., et al.
Case No. 20-02387 (JAF)

Page 3 of 7



**Exhibit B**
Served Via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| JBM-Stein, LLC & JBM Washington Park, LLC | c/o Sweetbaum Sands Anderson PC | Attn: Alan D. Sweetbaum | asweetbaum@sweetbaumsands.com |
| JG Management Co., Inc | c/o Burr & Forman LLP | Attn: J. Ellsworth Summers | esummers@burr.com |
| John Paul Richard Inc. | Attn Director or Officer | | rgutierrez@johnpaulrichard.com |
| John Pennell | c/o Nelkin & Nelkin, P. C. | Attn: Carol Nelkin | cnelkin@nelkinpc.com |
| John Pennell | c/o Hodge Law Firm, P. A. | Attn: Christopher M. Hodge | chodge@hodgelaw.net |
| Joseph A Company LLC | Attn Director or Officer | | cmseremit@cit.com |
| JTJG Foothill Village, L.C. | c/o Scalley Reading Bates Hansen & Rasmussen, P.C. | Attn: Darwin H. Bingham | dbingham@scalleyreading.net |
| Kellwood Apparel LLC | Attn Director or Officer | | kssaccountsreceivable@kellwood.com |
| La Costa Town Center LLC and Shadelands Park LLC | Nagelberg LLP | Attn: Nathan Q. Rugg | nathan.rugg@bfkn.com |
| La Costa Town Center, LLC | c/o Barack Ferrazzano Kirschbaum & Nagelberg LLP | | nathan.rugg@bfkn.com |
| LCP 1200 Riverplace, LLC | c/o Akerman LLP | Attn: Katherine C. Fackler & Jacob A. Brown | katherine.fackler@akerman.com jacob.brown@akerman.com |
| Leisure Merchandising Corp. | Attn: Robert Vang, Controller | | robert@leisureluggage.com |
| Levin Management Corporation | c/o Stark & Stark, PC | Attn: Joseph H. Lemkin | jlemkin@stark-stark.com |
| Levtex LLC | Attn Director or Officer | | accounts@levtexhome.com |
| Lubbock Central Appraisal District and Midland County | L.L.P. | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Main St. Commons, LLC | c/o Simon & Sigalos, LLP | Attn: Michael W. Simon & George L. Sigalos | msimon@simonsigalos.com amay@simonsigalos.com amacatangay@simonsigalos.com |
| Maryland Parkway Property, LLC & Irvine Market Place II, | c/o Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | ernie.park@bewleylaw.com |
| Michael Kors | Attn Director or Officer | | mkar@michaelkors.com |
| Microsoft Licensing Gp | Attn Director or Officer | c/o Bank Of America | mscredit@microsoft.com |
| Milberg Factors Inc. | Attn Director or Officer | | cchasse@milfac.com esantiago@milfac.com msabony@milfac.com smerlo@milfac.com |
| Missouri Department of Revenue | c/o Bankruptcy Unit | Attn: Steven A. Ginther | mdfl@dor.mo.gov |
| Mooring Recovery Services, Inc. d/b/a Mooring USA | c/o Chapoton Sanders Scarborough, LLP | Attn: Annalee Mathis May | amay@css-firm.com |
| Morgan, Lewis & Bockius LLP | Attn: Matthew F. Furlong, Julia Frost-Davies and Christopher L. Carter | | matthew.furlong@morganlewis.com julia.frost-davies@morganlewis.com christopher.carter@morganlewis.com |
| Musca Properties, LLC | c/o Brennan, Manna & Diamond | Attn: Michael A. Steel | masteel@bmdllc.com |
| Nicholas Park Mall LLC | c/o Sirlin Lesser & Benson, PC | Attn: Dana S. Plon | dplon@sirlinlaw.com |
| Nielsen & Bainbridge LLC | c/o Akerman LLP | Attn: Katherine C. Fackler & Jacob A. Brown | katherine.fackler@akerman.com jacob.brown@akerman.com |
| NPMC Retail, LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Gillian D. Williston | gillian.williston@troutman.com |

Stein Mart Inc., et al.
Case No. 20-02387 (JAF)

Page 4 of 7

 STRETTO

## Exhibit B
Served Via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Oglethorpe Mall, LLC, GGP- Pecanland L.L.C., HG REIT II Madison Road, DDRTC Cypress Trace LLC, Regency Centers, L.P., FW CA Granada Village, LLC, IRT Property Company, Equity One (Florida Portfolio), LLC, Hendon/Atlantic Rim Johns Creek, LLC et a; | c/o Hill Ward Henderson | Attn: Patrick M. Mosley | patrick.mosley@hwhlaw.com |
| Oklahoma County Treasurer | Attn: Tammy Jones | | tammy.jones@oklahomacounty.org |
| Oracle America, Inc. | Attn Director or Officer | | cash-appsin_ww@oracle.com |
| Oracle America, Inc. | c/o Buchalter, a Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| OTR, Weingarten Las Tiendas JV, WNI/Tennessee, L.P., WRI Fiesta Trails LP, WRI-TC Marketplace at Dr. Phillips, LLC, WRI/Raleigh L.P., Weingarten Nostat, Inc. | c/o Hill Ward Henderson | Attn: Patrick M. Mosley | patrick.mosley@hwhlaw.com |
| Otterbourg P.C. | Attn Daniel F. Fiorillo, Esq. and Chad B. Simon, Esq., | | dfiorillo@otterbourg.com csimon@otterbourg.com |
| Pacific Castle Smithridge, LLC | c/o Jennifer L. Pruski, Esquire | Trainor Fairbrook | jpruski@trainorfairbrook.com |
| Patterson Farms, Inc. | c/o Atkinson, Hamill & Barrowclough, P.C. | Attn: Patrick R. Barrowclough | pbarrowclough@ahblawfirm.com |
| Peerless Clothing | Attn Director or Officer | | paymentadvice@peerless-clothing.com |
| Performance Food Group, Inc. d/b/a Vistar Corporation | Attn: Brad Boe, Director of Credit | | brad.boe@pfgc.com |
| Perry Ellis Mensware, LLC and its Affiliates | c/o Pack Law, P.A. | Attn: Joseph A. Pack | joe@packlaw.com |
| Poway City S.C., L.P.; Riverplace Shopping Center, LLC; Kimco Lakeland 123, Inc.; Kimco Tallahassee 715, Inc.; Crossroads Plaza 1743, LP; St. Andrews Center 254, LLC; Price/Baybrook Ltd.; and CH Realty III/Battlefield, LLC | c/o Hinshaw & Culbertson LLP | Attn: Ruel W. Smith | rsmith@hinshawlaw.com |
| Premier Brands Group Holdings LLC, and its subsidiaries One Jeanswear Holdings LLC, Kasper Group LLC and The Jewelry Group Inc | c/o Geoffrey T. Raicht, PC | Attn: Geoffrey T. Raicht | graicht@raichtlawpc.com |
| Premier Centre, LLC | c/o Adams and Reese LLP | Attn: Angela N. Grewal | angela.grewal@arlaw.com megan.farmer@arlaw.com richene.oliver@arlaw.com |
| Proposed Counsel for the Official Committee of Unsecured Creditors | c/o Frost Brown Todd LLC | Attn: Ronald E. Gold, A.J. Webb, Erin P. Severini, Douglas L. Lutz | rgold@fbtlaw.com awebb@fbtlaw.com eseverini@fbtlaw.com dlutz@fbtlaw.com |
| Proposed Local Counsel for the Official Committee of Unsecured Creditors | c/o Gray Robinson PA | Attn: Steven J. Solomon & Robert A. Schatzman | steven.solomon@gray-robinson.com |
| Publix Super Markets, Inc. | c/o Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A | Attn: Stephanie C. Lieb | slieb@trenam.com |
| Publix Super Markets, Inc., Real Sub, LLC, and PSM Alabama Holdings, LLC | c/o Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. | Attn: Stephanie C. Lieb | slieb@trenam.com |
| Purered Creative, Inc. | Attn Director or Officer | | barbie.rosevear@purered.net |
| Pvh Corp. | Attn Director or Officer | | tanyamitchell@pvh.com |
| Pvh Legwear LLC | Attn Director or Officer | | kevin.requelme@basicresources.com |
| Pvh Neckwear Inc. | Attn Director or Officer | | tanyamitchell@pvh.com |

Stein Mart Inc., et al.
Case No. 20-02387 (JAF)

Page 5 of 7



**Exhibit B**
Served Via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Quantum Concept, Inc. d/b/a Age of Wisdom | c/o  Lewis Brisbois Bisgaard & Smith LLP | Attn: Vincent F. Alexander | vincent.alexander@lewisbrisbois.com |
| Ralph Lauren Corporation | c/o Sheppard Mullin Richter & Hampton LLP | Attn: Justin Bernbrock and Robert McLellarn | jbernbrock@sheppardmullin.com<br>rmclellarn@sheppardmullin.com |
| Regency Centers, L.P. | Attn: Ernst A. Bell, Assoc. General Counsel and Vice President, Legal | | tommeredith@regencycenters.com<br>ernstbell@regencycenters.com |
| Ronni Nicole Ii Ltd | Attn Director or Officer | Cit Group/Commercial Services,Inc. | cmseremit@cit.com |
| Rosenthal & Rosenthal Inc | Attn Director or Officer | | elevy@rosenthalinc.com<br>edigroup@rosenthalinc.com<br>nperez@rosenthalinc.com<br>samsterdam@rosenthalinc.com |
| S138 LLC | c/o Greenfield LLP | Attn: Bernard Greenfield & Edward Colbert | bgreenfield@greenfieldlaw.com<br>ecolbert@greenfieldlaw.com |
| S138 LLC | c/o Cozen O'Connor | Attn: Thomas J. Francella, Jr. | tfrancella@cozen.com |
| Samsonico International (Taiwan) Co. Ltd. | c/o Adams and Reese LLP | Attn: Edmund S. Whitson, III, Esq. | edmund.whitson@arlaw.com |
| SI 38 LLC | c/o Lubliner Law PLLC | Attn: Richard S. Lubliner | rich@lubliner-law.com<br>carolina@lubliner-law.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | | rtucker@simon.com |
| Spirit MT Collierville TN, LLC | c/o Akerman LLP | Attn: Katherine C. Fackler & Jacob A. Brown | katherine.fackler@akerman.com<br>jacob.brown@akerman.com |
| State of Texas | Office of the Attorney General of Texas | Attn: Jason B. Binford & Abigail R. Ryan | jason.binford@oag.texas.gov<br>abigail.ryan@oag.texas.gov |
| Sterling National Bank | Attn Director or Officer | | cdigirolamo@snb.com<br>craigolletto@snb.com<br>bbetten@snb.com<br>ggardiner@snb.com |
| SunBrewer Partners LP | c/o Solomon Ward Seidenwurm & Smith, LLP | Attn: Michael D. Breslauer | mbreslauer@swsslaw.com<br>wyones@swsslaw.com |
| Tarrant County, Dallas County, City of Frisco and Rockwall CAD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@lgbs.com |
| Texas Comptroller of Public Accounts, Revenue Accounting Division | Attn: E. Stuart Phillips | | bk-sphillips@oag.texas.gov |
| Tharanco Lifestyles LLC | Attn Director or Officer | The Cit Group | cmseremit@cit.com |
| The Bohan Agency, Inc | c/o McDermott Will & Emery LLP | Attn: Gregg A. Steinman | gsteinman@mwe.com<br>dnorthrop@mwe.com<br>sbugliaro@mwe.com |
| The Bohan Agency, Inc. | c/o McDermott Will & Emery LLP | Attn: Bradley Thomas Giordano | bgiordano@mwe.com |
| The CIT Group/Commercial Services, Inc. | Attn: Robert W. Franklin, Director and Asst. General Counsel | | robert.franklin@cit.com |
| Thruway Shopping Center, LLC | c/o Offit Kurman, P.A. | Attn: Stephen A. Metz | smetz@offitkurman.com |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Stuart Wilson-Patton | stuart.wilson-patton@ag.tn.gov |
| Tommy Hilfiger U.S.A. Inc. | Attn Director or Officer | | tanyamitchell@pvh.com |

Stein Mart Inc., et al.<br>Case No. 20-02387 (JAF)

Page 6 of 7



**Exhibit B**
Served Via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Toyota Industries Commercial Finance, Inc. | c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC | Attn: Scott R. Weiss | sweiss@raslg.com |
| Toyota Industries Commercial Finance,Inc | | | ticf_admin_sm@toyotacf.com<br>sweiss@rascrane.com<br>dpowell@rascrane.com |
| TPP Bryant, LLC, JAHCO Keller Crossing, LLC, B&B Britton Plaza Holdings, LLC & Roosevelt Square LLLP | c/o Law Offices of Jason A. Burgess, LLC | Attn: Jason A. Burgess | jason@jasonaburgess.com |
| Travis County | Attn: Jason A. Starks | | jason.starks@traviscountytx.gov |
| U.S. Securities & Exchange Commission | Attn: Office of Reorganization | | atlreorg@sec.gov |
| United States Trustee | Attn: Jill E. Kelso and Scott. E. Bomkamp | | jill.kelso@usdoj.gov<br>scott.e.bomkamp@usdoj.gov |
| V247 Power Corporation | c/o Adams and Reese LLP | Attn: Edmund S. Whitson, III | edmund.whitson@arlaw.com |
| Venture Sublett Corners, LP | c/o McGuire, Craddock & Strother, P.C. | Attn: J. Mark Chevallier | mchevallier@mcslaw.com |
| Vestar Best in the West Property, LLC; Vestar RW Tempe Marketplace LLC; Westgate Village Retail, LLC, Vestar California XXII, LLC | c/o Clark Hill, PLC | Attn: David M. Blau | dblau@clarkhill.com |
| Wells Fargo Bank | Michael Watson | | michael.watson@wellsfargo.com |
| Wells Fargo Bank, N.A. | c/o Smith Hulsey & Busey | Attn: Stephen Busey & John Thomas | busey@smithhulsey.com<br>jthomas@smithhulsey.com |
| Wells Fargo Trade Capital Services | Attn Director or Officer | | kenneth.newberger@wellsfargo.com<br>maria.b.guillopo@wellsfargo.com<br>shayla.t.williams@wellsfargo.com |
| White Oak Commercial Finance, LLC | Attn: Joseph Sforza, Managing Director, Risk Management | | jsforza@whiteoakcf.com |
| White Oak Commerical Finance LLC | Attn Director or Officer | | jespinal@whiteoakcf.com |
| Wind-Down Debtors and Plan Administrator, Advisory Trust Group, LLC | c/o Frost Brown Todd LLC | Attn: Ronald E. Gold, Douglas L. Lutz, A.J. Webb, Erin P. Severini & Matthew C. Higgins | rgold@fbtlaw.com<br>dlutz@fbtlaw.com<br>awebb@fbtlaw.com<br>eseverini@fbtlaw.com<br>mhiggins@fbtlaw.com |
| Wind-Down Debtors and Plan Administrator, Advisory Trust Group, LLC | c/o Dal Lago Law | Attn: Michael R. Dal Lago & Christian Garrett Haman, Esq | mike@dallagolaw.com<br>chaman@dallagolaw.com |
| WRD Mechanicsburg LP | c/o Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | dplon@sirlinlaw.com |
| Yusen Logistics (Americas) Inc. | c/o Cozen O'Connor | Attn: Simon Fraser | sfraser@cozen.com |

Stein Mart Inc., et al.
Case No. 20-02387 (JAF)

Page 7 of 7