UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

In re: Stein Mart, Inc., et al §
§
§
Debtor(s) §

Case No. 20-02387

Lead Case No. 20-02387

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2021

Petition Date: 08/12/2020

Plan Confirmed Date: 04/13/2021

Plan Effective Date: 04/29/2021

This Post-confirmation Report relates to: ○ Reorganized Debtor

◉ Other Authorized Party or Entity: Wind-Down Debtors
Name of Authorized Party or Entity

/s/ Brad Boe
Signature of Responsible Party

07/20/2021
Date

Brad Boe, Plan Administrator
Printed Name of Responsible Party

10645 N. Oracle Road
Suite 121-371
Oro Valley, Arizona 85737
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Stein Mart, Inc., et al | Case No. 20-02387

**Part 1: Summary of Post-confirmation Transfers**

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $2,144,169 | $2,144,169 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $2,144,169 | $2,144,169 |

**Part 2: Preconfirmation Professional Fees and Expenses**

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | $1,326,776 | $4,348,628 | $1,326,776 | $4,348,628 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Clear Thinking Group | Financial Professional | $65,531 | $1,010,492 | $65,531 | $1,010,492 |
| | ii | Foley & Lardner | Lead Counsel | $611,450 | $1,757,635 | $611,450 | $1,757,635 |
| | iii | Stretto | Other | $649,795 | $1,580,501 | $649,795 | $1,580,501 |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | $56,783 | $572,023 | $56,783 | $572,023 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Assessment Technologies Ltd. | Financial Professional | $0 | $102,061 | $0 | $102,061 |
| | ii | Baker & Hostetler LLP | Special Counsel | $0 | $4,139 | $0 | $4,139 |
| | iii | Constantine Cannon | Special Counsel | $0 | $193 | $0 | $193 |
| | iv | Deloitte Tax LLP | Financial Professional | $55,700 | $223,229 | $55,700 | $223,229 |
| | v | Hilco IP Services | Other | $0 | $227,624 | $0 | $227,624 |
| | vi | Jackson Lewis P.C. | Special Counsel | $1,083 | $4,519 | $1,083 | $4,519 |
| | vii | PKF O'Connor Daview | Financial Professional | $0 | $10,000 | $0 | $10,000 |
| | viii | Smith Gambrell & Russell LLP | Special Counsel | $0 | $258 | $0 | $258 |
| c. | All professional fees and expenses (debtor & committees) | | | $1,487,086 | $6,064,310 | $1,487,086 | $6,064,310 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $120,721 | $120,721 | $0 | 0% |
| b. Secured claims | $0 | $495,847 | $495,847 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

Debtor's Name Stein Mart, Inc., et al Case No. 20-02387

**Part 4: Questionnaire**

a. Is this a final report? Yes ◯ No ⦿

If yes, give date Final Decree was entered: ____________

If no, give date when the application for Final Decree is anticipated: ____________

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes ⦿ No ◯

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Brad Boe
Signature of Responsible Party

Brad Boe
Printed Name of Responsible Party

Plan Administrator
Title

07/20/2021
Date

**ADDENDUM TO POST-CONFIRMATION REPORT OF STEIN MART, INC., CASE NO. 20-02387**

---

The Plan Administrator and Wind-Down Debtors supplement the response to Part 3 of the Post-Confirmation Report as follows:

> The columns "Total Anticipated Payments Under Plan" and "Allowed Claims" are reflected as $0.00 because the aggregate amount of Allowed[1] Claims has not yet been determined by the Plan Administrator. The Plan Administrator has commenced the Claims reconciliation process, focusing on Secured Claims, Administrative Claims, Priority Tax Claims, and Other Priority Claims. Distributions to Holders of Allowed Claims in the above-referenced Classes are anticipated to begin at the end of July 2021 and continue thereafter on a rolling basis to the extent (x) such Allowed claims have not otherwise been paid, and (y) Holders of such Allowed Claims have provided the necessary tax information to receive a distribution. Furthermore, the Plan does not disclose the anticipated payments to Holders of Allowed claims in each Class.

0146873.0740707 4853-2552-4466v1

[1] Capitalized terms used herein but undefined shall have the meanings ascribed to them in the *Debtors' Combined Plan of Liquidation* (Docket No. 848).